JULIUS B. GROND v. FRANCIS R. WARD.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FREDERICK ZITTEL & SONS v. LOUIS K. SCHWARTZ.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BENJAMIN BEEKMAN v. MINNIE STERN and Others.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of ANNIE E. BARNABY, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BIRDIE AVERETT v. ABRAHAM M. AVERETT.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIMMS MAGNETO COMPANY v. LAWSON PURDY and Others, as Commissioners, etc.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM B. LAWRENCE v. LEE G. LAWRENCE and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JAMES BELDEN and Others v. ANNA V. BELDEN, Individually and as Executor, etc.— If appellant desires a stay beyond the thirty days granted, she should give an undertaking to secure costs, etc., on appeal. If she does not, the motion will be denied. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDMUND MAYER v. FRANK HALBAUER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HARRY M. LEVY v. JOSEPH CORN.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EDWARD EPSTEAN and Others, Respondents.— Appeal dismissed, on the ground that the order sought to be appealed from is not reviewable on the part of the People in this court. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

ALFONSO LUCCHINI, Appellant, v. ANDREW G. BECHMANN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

SARAH V. CAHILL, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

MARTHA HOHMANN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

ALBERT DALY, an Infant, by ANNA DALY, His Guardian ad Litem, Appellant, v. J. CHR. G. HUPFEL BREWING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.